FILED
2015 Jun-18 PM 01:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMMY DAWSON,

    PLAINTIFF,

V.                                      CIVIL ACTION NO:

LHOIST NORTH AMERICA OF
ALABAMA, LLC,

    DEFENDANT.

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through his attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Northern District of Alabama's Order: **This party is an individual.**

Dated: June 18, 2015.

                                                                    _____
                                                                    Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ARNOLD
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 – Facsimile